# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTRAZENECA AB,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>Defendant. | C.A. No. _____ |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | No earlier than April 30, 2014 |
| Date of Expiration of Patent: | 7,951,400 (November 30, 2028)<br>RE44,186 (July 31, 2023)<br>8,628,799 (July 13, 2025) |
| Thirty Month Stay Deadline: | No earlier than October 31, 2016 |

DATED: June 2, 2014

MCCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com

*Attorneys for Plaintiff*
*AstraZeneca AB*