**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTRAZENECA AB,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>Defendant. | C.A. No. 14-696-GMS |

## *AMENDED* SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | No earlier than April 30, 2014 |
| Date of Expiration of Patent: | 7,951,400 (November 30, 2028)<br>RE44,186 (July 31, 2023)<br>8,628,799 (July 13, 2025) |
| Thirty Month Stay Deadline[1]: | No earlier than January 31, 2017 |

DATED: September 23, 2014

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com

---

[1] The stay preventing approval of the proposed generic products expires no earlier than January 31, 2017 (seven and one-half years from the new chemical entity approval on July 31, 2009). *See* 21 U.S.C. § 355(j)(5)(F)(ii).

ME1 18887455v.1

Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
(202) 208-4400 (fax)
Charles.Lipsey@finnegan.com

James B. Monroe
Robert F. Shaffer
Maximilienne Bishop
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000
(202) 408-4400 (fax)
James.Monroe@finnegan.com
Robert.Shaffer@finnegan.com
Max.Bishop@finnegan.com

*Attorneys for Plaintiff*
*AstraZeneca AB*